BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-01631-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| 2010 MERCEDES-BENZ CLS550, VIN: WDDDJ7CB3AA165644, LICENSE NUMBER 6SYA458, | |
| APPROXIMATELY $121,872 SEIZED FROM THE ATTORNEY-CLIENT TRUST FUND ACCOUNT OF NANCY P. DICENZO MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 0388010803, and | |
| $1,931,118.00 INTEREST IN THE $2,437,500.00 PROMISSORY NOTE SECURED BY REAL PROPERTY LOCATED ON PLACER CORPORATE DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-270-070, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United

1  States shall cause public notice of the action to be given in a newspaper of general
2  circulation or on the official internet government forfeiture site;
3         2.  Local Rule 171, Eastern District of California, provides that the Court shall
4  designate by order the appropriate newspaper or other vehicle for publication;
5         3.  The defendant properties were seized or are located in the cities of: El Dorado
6  Hills, Sacramento, and Rocklin; and in the counties of: El Dorado, Sacramento, and
7  Placer in California;
8         4.      The United States proposes that publication be made as follows:
9              a.      One publication;
10             b.      Thirty (30) consecutive days;
11             c.      On the official internet government forfeiture site
12 www.forfeiture.gov;
13             d.      The publication is to include the following:
14                  (1)    The Court and case number of the action;
15                  (2)    The date of the seizure/posting;
16                  (3)    The identity and/or description of the property seized/posted;
17                  (4)    The name and address of the attorney for the United States;
18                  (5)    A statement that claims of persons entitled to possession or
19 claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
20 and served on the attorney for the United States no later than 60 days after the first
21 day of publication on the official internet government forfeiture site; and
22                  (6)    A statement that answers to the Complaint or a motion
23 under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed
24 ///
25 ///
26 ///
27 ///
28 ///

1  and served within 21 days after the filing of the claims and, in the absence thereof,
2  default may be entered and condemnation ordered.
3  Dated: 6/18/12                    BENJAMIN B. WAGNER
                                     United States Attorney
4
5
                                By:   /s/ Kevin C. Khasigian
6                                    KEVIN C. KHASIGIAN
                                     Assistant U.S. Attorney
7
8
9                              **ORDER**
10         IT IS SO ORDERED.
11  DATED: June 20, 2012.
12
13  _____
    DALE A. DROZD
14  UNITED STATES MAGISTRATE JUDGE
15
16
17  Ddad1\orders.civil\USv2010Mercedes1631.pub.ord.wpd
18
19
20
21
22
23
24
25
26
27
28

3                                               Application and Order for Publication