BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-01631-MCE-DAD |
| Plaintiff, | |
| v. | PROTECTIVE ORDER |
| 2010 MERCEDES-BENZ CLS550, VIN: WDDDJ7CB3AA165644, LICENSE NUMBER 6SYA458, | |
| APPROXIMATELY $121,872 SEIZED FROM THE ATTORNEY-CLIENT TRUST FUND ACCOUNT OF NANCY P. DICENZO MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 0388010803, and | |
| $1,931,118.00 INTEREST IN THE $2,437,500.00 PROMISSORY NOTE SECURED BY REAL PROPERTY LOCATED ON PLACER CORPORATE DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-270-070, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

This matter having come before this Court on the application of the United States of America for entry of a protective order pursuant to 18 U.S.C. § 983(j)(1)(A), which provides courts with jurisdiction to enter restraining orders and take such other

1 action in connection with any property or other interest subject to forfeiture to ensure
2 its availability for forfeiture; and

4      IT APPEARING TO THE COURT THAT:

5     The United States has filed a civil forfeiture complaint with respect to the above
6 captioned defendant $1,931,118.00 Interest in the $2,437,500.00 Promissory Note
7 secured by real property located on Placer Corporate Drive, Rocklin, California, Placer
8 County, APN: 017-270-070, including all appurtenances and improvements thereto.

10 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,
11 PURSUANT TO 18 U.S.C. § 983(j)(1)(A) THAT:

12     A.  The $1,931,118.00 Interest in the $2,437,500.00 Promissory Note secured by
13 real property located on Placer Corporate Drive, Rocklin, California, Placer County,
14 APN: 017-270-070, including all appurtenances and improvements thereto, is hereby
15 restrained in the manners described below.

17 <center>DEFINITIONS</center>

18     For purposes of this order, the following definitions shall apply:
19     1.    "Potential claimants" refers to Cire Partners, LLC (the maker of the
20 promissory note) and Volen Properties 5, LLC (owner of the promissory note), their
21 successors, assignees, officers, agents, servants, employees, and attorneys, and those
22 persons in active concert or participation with it who receive actual notice of this order
23 by personal service or otherwise.
24     2.    "Defendant Property," or " $1,931,118.00 Interest in the $2,437,500.00
25 Promissory Note" refers to the $1,931,118.00 Interest in the $2,437,500.00 Promissory
26 Note secured by real property located on Placer Corporate Drive, Rocklin, California,
27 Placer County, APN: 017-270-070, including all appurtenances and improvements
28 thereto.

2      Protective Order

## PROHIBITED ACTIVITIES

IT IS THEREFORE ORDERED that:

1. Potential claimants shall not transfer, negotiate, convey or dispose of the promissory note specified in this protective order without further order of this Court.

2. That potential claimants shall not grant, convert, or otherwise modify the promissory note specified in this protective order without further order of this Court, nor shall potential claimants honor any demands by anyone or any entity to leverage or borrow against the equity interest specified in this protective order without further order of this Court.

3. That potential claimants shall remit all disbursement or remuneration including but not limited to, interest or accounting payments, affiliated with the promissory note specified in this protective order payable to the U.S. Department of Treasury and sent to the Internal Revenue Service – Criminal Investigation, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC.  Any such payments will be deposited into a Treasury suspense account;  the IRS will provide an accounting for the funds received as the Court deems appropriate.

4. That potential claimants shall send copies of all future correspondence pertaining to the promissory note specified in this protective order including but not limited to, statements and accounting notices, to the Internal Revenue Service – Criminal Investigation, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC.

## JURISDICTION

This Court shall retain jurisdiction of this matter for all purposes.

The terms of this order shall remain in full force and effect until judgment is rendered on the civil forfeiture complaint filed with respect to the above-identified defendant property, or further order of the Court.

///

///

1  In the event a party chooses to modify the terms of the protective order, they can do so
2  only with prior approval of the Court upon notice to the United States and an
3  opportunity for the United States to be heard.
4      IT IS SO ORDERED.
5  Dated: June 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE