BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2010 MERCEDES-BENZ CLS550, VIN: WDDDJ7CB3AA165644, LICENSE NUMBER 6SYA458,<br><br>APPROXIMATELY $121,872 SEIZED FROM THE ATTORNEY-CLIENT TRUST FUND ACCOUNT OF NANCY P. DICENZO MAINTAINED AT WELLS FARGO BANK, ACCOUNT NUMBER 0388010803, and<br><br>$1,931,118.00 INTEREST IN THE $2,437,500.00 PROMISSORY NOTE SECURED BY REAL PROPERTY LOCATED ON PLACER CORPORATE DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-270-070, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendants. | 2:12-CV-01631-MCE-DAD<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM AUGUST 24, 2012, 2012 TO OCTOBER 17, 2012; ORDER |

The United States submits the following Request to Extend the Deadline to File a Joint Status Report from August 24, 2012 to October 17, 2012.

**Introduction**

On June 18, 2012, the United States filed a civil forfeiture complaint against the following assets: one 2010 Mercedes-Benz CLS550, VIN: WDDDJ7CB3AA165644; a Wells Fargo bank account containing approximately $121,872.00; and a promissory note connected to a real property located on Placer Corporate Drive in Rocklin, California (APN: 017-270-070).

On June 18, 2012, the United States file a Notice of Related Cases pursuant to E.D. Local Rule 123, stating that this case was related to Case Nos. 2:12-CV-00705, 2:12-CV-00706 and 2:12-CV-01632 because the civil forfeiture actions stemmed from the same law enforcement investigation and thus involve substantially the same events, transactions, and parties.[1]

On June 19, 2012, the Court issued an "Order Requiring Joint Status Report" due within "sixty days of service of the complaint on any party." That deadline is currently August 24, 2012.

On August 17, 2012, the United States file a Notice of Related Cases pursuant to E.D. Local Rule 123, stating that this case (and the other civil forfeiture cases) were related to United States v. Volen, et al., Case No. 2:12-cr-00294-MCE. A week prior, a Sacramento grand jury returned a twenty-eight count Indictment alleging that defendants Bart Volen, Darrell Hinz, and Gregory Baker conspired, from approximately October 2006 to approximately November 2007, to defraud the UAIC out of millions of dollars.

To date, no party has filed a claim or answer in this case. However, at least one party has requested extensions to the applicable statutory deadline; the United States has granted each request for additional time to file a claim and/or answer.

---

[1] Particularly, as described in the United States' Notice of Related Cases, both cases allege that several individuals conspired to defraud the United Auburn Indian Community out of millions of dollars by submitting inflated and false change order invoices as part of a large commercial construction project. Both cases seek the forfeiture of real properties purchased with fraud proceeds and/or funds involved in the money laundering scheme.

## Good Cause

There is good cause to extend the deadline to file a joint status report in this case from August 24, 2012 to October 17, 2012.

To date, all known potential claimants to the defendant property have been served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  However, at least one potential claimants has requested additional time to file a claim.   The United States has granted each of parties' requests for extensions of time to review the affidavit/criminal indictment and draft the claim and answer.

To date, the United States has diligently pursued its forfeiture case against the defendant properties and attempted to notice all known potential claimants as required by the Supplemental Rules governing forfeiture cases.  However, given the length and complexity of the affidavit and the 28-Count Criminal Indictment, as well as the number of parties involved and/or potentially asserting an ownership or lien interest in the defendant properties, an extension of time to file claims is warranted.

The extension of time will allow the publication period to run, thus providing additional notice to potential claimants asserting an allegation of ownership. Additionally, the extension of time will allow all potential claimants to enter the case and jointly participate in drafting the Joint Status Report.

Whereas the United States provided notice of the forfeiture complaint to potential claimants but at least one party has requested extensions of time to comply with the statutory deadlines.  And whereas the extension of time will allow the publication period to run, and allow all potential claimants to enter the case and jointly participate in drafting the Joint Status Report.

///

///

///

1  There is good cause to extend the deadline to file a joint status report in this case from
2  August 24, 2012 to October 17, 2012, or to extend the deadline to file a joint status
3  report to a date the Court deems acceptable.

5  Dated: 8/20/2012                                        BENJAMIN B. WAGNER
                                                            United States Attorney

7                                                  By:   /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
8                                                           Assistant U.S. Attorney

12                                            **ORDER**

13     Pursuant to the United States' request and good cause appearing, the Court
14  makes the following order:
15     The deadline to file a joint status report in this case is extended from August 24,
16  2012 to October 17, 2012.

17     IT IS SO ORDERED.

19  Dated: August 21, 2012

                                                            MORRISON C. ENGLAND, JR.
                                                            UNITED STATES DISTRICT JUDGE