COURTNEY J. LINN (STATE BAR NO. 148855)
clinn@orrick.com
CAMERON L. DESMOND (STATE BAR NO. 268925)
cdesmond@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, California  95814-4497
Telephone:   +1-916-447-9200
Facsimile:   +1-916-329-4900

Attorneys for Claimants
Volen Properties 5, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>2010 MERCEDES-BENZ CLS550, VIN:WDDDJ7CB3AA165644, LICENSE NUMBER 62YA458, *ET AL.*,<br><br>             Defendants. | Case No. 2:12-CV-1631-TLN-DAD<br><br>**STIPULATION AND ORDER TO SUBSTITUTE  PROCEEDS OF SALE FOR PORTION OF $2,437,500 NOTE SUBJECT TO FORFEITURE** |

Claimant Volen Properties 5, LLC and the United States of America, through their respective counsel, hereby stipulate and agree as follows:

1. This is an in rem civil forfeiture action brought by the United States of America, in which the Government seeks to forfeit, among other assets, a partial interest in a promissory note secured by commercial real property located in Placer County, California.

2. In particular, the Government seeks to forfeit a $1,931,118.00 partial interest in a $2,437,500 Promissory Note (the "Note") secured by real property located on Placer Corporate Drive, Rocklin, California, Placer County, APN: 017-270-070.

3. The only party that has filed a claim to the Note is Volen Properties 5, LLC, through its manager Bart Volen.

4. One of the properties securing the Note is one of ten buildings located on Placer Corporate Drive (the "Property"). The Property is pending sale. All net proceeds of the sale after expenses will be applied toward the balance of the Note.

5. The parties agree that the net proceeds from the sale of the Property will be deposited with the U.S. Department of Treasury and sent to the Internal Revenue Service – Criminal Investigation, 4330 Watt Avenue, Suite 216, Sacramento, California 95821, Attn: Jason Lamb, AFC. The net proceeds shall be deposited into a Treasury suspense account and shall be substituted for a portion of the Note subject to forfeiture.

6. When deposited, said amount shall be substituted for an equivalent portion of the $1,931,118.00 interest in the Note subject to forfeiture such that the equivalent interest the Government previously asserted in the Note will now be asserted in the deposited amount. For example, if the sale nets $500,000, the $500,000 will be substituted for a portion of the Government's forfeiture claim such that the Government's forfeiture claim would then be against the $500,000 and against the remaining balance of the note ($1,931,118.00 minus $500,000 or $1,431,118.00). The Government agrees to take any necessary and reasonable actions to ensure the transaction goes forward.

7.  The net proceeds from the sale of the Property shall be maintained by the Internal Revenue Service – Criminal Investigation[1] in an interest bearing suspense account pending further order of the Court.

8.  Nothing in this stipulation shall be cited as evidence or used by any party for any purpose other than the purpose of effectuating this stipulation.  Nothing in this stipulation shall relieve the Government of its underlying burden of proof, including its burden to establish the requisite nexus between the Note and the alleged violation or violations of law alleged in its in rem judicial forfeiture complaint.

DATED:  February 20, 2014	UNITED STATES ATTORNEY
	BENJAMIN B. WAGNER

	By: /s/ Kevin Khasigian
	Kevin Khasigian
	Assistant United States Attorney

DATED:  February 20, 2014	ORRICK, HERRINGTON & SUTCLIFFE, LLP

	By: /s/ Courtney J. Linn
	Courtney J. Linn
	Attorney for Volen Claimants

**ORDER**

For good cause shown, the Court adopts the parties' stipulation.

**IT IS SO ORDERED**.

Dated: February 25, 2014

Troy L. Nunley
United States District Judge

---

[1] As further described in the Protective Order filed on June 22, 2012.