1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    | 2:12-CV-01631-TLN-DAD

12 |         Plaintiff,

   |                                              | FINAL JUDGMENT OF FORFEITURE
13 |     v.

14 | 2010 MERCEDES-BENZ CLS550, VIN:
   | WDDDJ7CB3AA165644, LICENSE
15 | NUMBER 6SYA458,

16 | APPROXIMATELY $121,872 SEIZED
   | FROM THE ATTORNEY-CLIENT TRUST
17 | FUND ACCOUNT OF NANCY P. DICENZO
   | MAINTAINED AT WELLS FARGO BANK,
18 | ACCOUNT NUMBER 0388010803, and

19 | $1,931,118.00 INTEREST IN THE
   | $2,437,500.00 PROMISSORY NOTE
20 | SECURED BY REAL PROPERTY
   | LOCATED ON PLACER CORPORATE
21 | DRIVE, ROCKLIN, CALIFORNIA, PLACER
   | COUNTY, APN: 017-270-070, INCLUDING
22 | ALL APPURTENANCES AND
   | IMPROVEMENTS THERETO,
23
   |         Defendants.
24

25

26         Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

27         1.    This is a civil forfeiture action against a 2010 Mercedes-Benz CLS550, VIN:

28

                                            1

WDDDJ7CB3AA165644, License Number 6SYA458; Approximately $121,872 seized from the Attorney-Client Trust Fund Account of Nancy P. Dicenzo maintained at Wells Fargo Bank, Account Number 0388010803; and $1,931,118.00 Interest in the $2,437,500.00 Promissory Note secured by real property located on Placer Corporate Drive, Rocklin, California, Placer County, APN: 017-270-070, including all appurtenances and improvements thereto (collectively as "defendant properties").  The 2010 Mercedes-Benz CLS550 was seized on or about March 22, 2012.  The Approximately $121,872 from the Attorney-Client Trust Fund Account was seized on or about March 26, 2012.  Seizure warrant 2:12-SW-00121-EFB issued March 15, 2012, for the $1,931,118.00 Interest in the $2,437,500.00 Promissory Note and was served on the note holder and other interested parties on March 20 and 22, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June18, 2012, alleging that the defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

3. On June 19, 2012, the Clerk issued a Warrant for Arrest for the defendant 2010 Mercedes-Benz CLS550 and the $121,872 seized from the Attorney-Client Trust Fund Account, and that warrant was executed on July 6, 2012.  A Protective Order regarding the $1,931,118.00 Interest in the $2,437,500.00 Promissory Note was filed on June 22, 2012, and it was served on the note holder and other interested parties.

4. Beginning on July 13, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on September 19, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

      a.    Bart Volen
      b.    Marcia Volen
      c.    Nancy P. DiCenzo
      d.    Joshua Volen.

6. Bart Volen on behalf of Volen Properties 5, LLC (hereafter "claimant") filed a Verified Claim on August 24, 2012, alleging an interest in the defendant $1,931,118.00 Interest in the $2,437,500.00 Promissory Note secured by real property located on Placer Corporate Drive, Rocklin, California, Placer County, APN: 017-270-070. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Marcia Volen on November 6, 2012. Pursuant to Local Rule 540, the United States and claimant request that, as part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Marcia Volen without further notice.

8. A Stipulation and Order to Substitute Proceeds of Sale for Portion of $2,437,500 Note Subject to Forfeiture was filed on February 26, 2014. The Order authorized the sale of one of the ten buildings located on Placer Corporate Drive that secures the Note with the net sale proceeds being deposited with the United States, pending further order of the Court. The United States received $611,181.55 on or about March 7, 2014. The balance owed on the $1,931,118.00 Interest in the $2,437,500.00 Promissory Note is $1,319,936.45.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Bart Volen on behalf of Volen Properties 5, LLC and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, all right, title, and interest of Bart Volen and Volen Properties 5, LLC in the below listed defendant properties shall be

forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), to be disposed of according to law:

    (a) 2010 Mercedes-Benz CLS550, VIN: WDDDJ7CB3AA165644, License Number 6SYA458;

    (b) Approximately $121,872 seized from the Attorney-Client Trust Fund Account of Nancy P. Dicenzo maintained at Wells Fargo Bank, Account Number 0388010803;

    (c) $611,181.55 as partial payment towards the $1,931,118.00 Interest in the $2,437,500.00 Promissory Note secured by real property located on Placer Corporate Drive, Rocklin, California, Placer County, APN: 017-270-070, including all appurtenances and improvements thereto; and

    (d) $1,319,936.45 Interest in the $2,437,500.00 Promissory Note secured by real property located on Placer Corporate Drive, Rocklin, California, Placer County, APN: 017-270-070, including all appurtenances and improvements thereto.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant properties. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

5. Claimant waived any and all claim or right to interest that may have accrued on the defendant properties.

6. All parties are to bear their own costs and attorneys' fees.

7. The U.S. District Court for the Eastern District of California, Hon. Troy L. Nunley, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

8. Based upon the allegations set forth in the Complaint filed June18, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable

cause for the seizure and arrest of the defendant properties, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 20th day of June, 2014.

Troy L. Nunley
United States District Judge